RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Jasmine Austion

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JASMINE AUSTION,<br><br>          Defendant. | Case No. 2:21-mj-00978-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Jasmine Austion, that the Preliminary Hearing currently scheduled on December 6, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Parties are exploring the possibility of pre-indictment resolution to the pending charge.

      2.      Defense counsel needs to time to review pre-indictment discovery with Mr. Austion to determine whether there are any pretrial issues that must be litigated, determine whether the case will ultimately go to trial and/or determine whether the matter can be resolved through negotiations pre-indictment.

      3.      Defendant is incarcerated and does not object to a continuance.

      4.      The parties agree to the continuance

      5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

      6.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for continuance filed herein.

DATED this 24th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender |   */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00978-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JASMINE AUSTION, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, December 6, 2021 at the hour of 4:00 p.m., be vacated and continued to January 25, 2022, at 4:00 p.m.

DATED this 29th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE