# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JASMINE AUSTION,<br><br>        Defendant. | 2:22-CR-00010-JAD-VCF<br><br>**<u>ORDER</u>** |

Before the Court is Jasmine Austion's motion to dismiss counsel. ECF No. 35.

On November 22, 2021, the Federal Public Defender was appointed as counsel of record. ECF No. 7. Austion filed the instant motion on her own behalf. ECF No. 37.

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on her own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Jasmine Austion's motion to dismiss counsel (ECF No. 35) from the docket.

IT IS HEREBY ORDERED that LaRonda Martin, Esq. is directed to provide a copy of this order to Austion. If Austion desires to pursue court action, she must ask her attorney to bring a motion on her behalf.

DATED this 3rd day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE