```
1                    IN THE UNITED STATES DISTRICT COURT

2                         FOR THE DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,      )
                                    ) Case No. 2:22-cr-00010-JAD-VCF
4               Plaintiff,          )
                                    )      ORDER TEMPORARILY
5    vs.                            ) UNSEALING AUDIO RECORDING
                                    )
6    JASMINE BERNARD AUSTION,       )
                                    )
7               Defendant.          )
     _____)
8
```

9      Mark Eibert, Esq., filed a Designation of Transcripts (Doc. 56). Of the transcripts requested, the following docket number is proceedings that are either sealed or contain a sealed portion: Docket No. 39. The transcript is to be prepared by Amber McClane, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Mark Eibert, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 20th day of October, 2023.

_____
CAM FERENBACH
United States District Court Magistrate Judge